**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

KRISTIN M. PERRY; SANDRA B. STIER; PAUL T. KATAMI; JEFFREY J. ZARRILLO,

    *Plaintiffs-Appellees*,

CITY AND COUNTY OF SAN FRANCISCO,

    *Intervenor-Plaintiff-Appellee*,

v.

EDMUND G. BROWN, JR., in his official capacity as Governor of California; KAMALA D. HARRIS, in her official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health & State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; DEAN C.

No. 10-16696

D.C. No. 3:09-cv-02292-VRW

LOGAN, in his official capacity as
Registrar-Recorder/County Clerk for
the County of Los Angeles,
                                *Defendants*,

HAK-SHING WILLIAM TAM,
                      *Intervenor-Defendant*,

and

DENNIS HOLLINGSWORTH; GAIL J.
KNIGHT; MARTIN F. GUTIERREZ;
MARK A. JANSSON;
PROTECTMARRIAGE.COM - YES ON 8,
A PROJECT OF CALIFORNIA
RENEWAL, as official proponents of
Proposition 8,
   *Intervenor-Defendants-Appellants*.

---

KRISTIN M. PERRY; SANDRA B.
STIER; PAUL T. KATAMI; JEFFREY J.
ZARRILLO,
                *Plaintiffs-Appellees*,

CITY AND COUNTY OF SAN
FRANCISCO,
          *Intervenor-Plaintiff-Appellee*,

v.

EDMUND G. BROWN, JR., in his
official capacity as Governor of

No. 11-16577

D.C. No.
3:09-cv-02292-
JW

ORDER

California; KAMALA D. HARRIS, in
her official capacity as Attorney
General of California; MARK B.
HORTON, in his official capacity as
Director of the California
Department of Public Health & State
Registrar of Vital Statistics; LINETTE
SCOTT, in her official capacity as
Deputy Director of Health
Information & Strategic Planning for
the California Department of Public
Health; PATRICK O'CONNELL, in his
official capacity as Clerk-Recorder
for the County of Alameda; DEAN C.
LOGAN, in his official capacity as
Registrar-Recorder/County Clerk for
the County of Los Angeles,
*Defendants*,

HAK-SHING WILLIAM TAM,
*Intervenor-Defendant*,

and

DENNIS HOLLINGSWORTH; GAIL J.
KNIGHT; MARTIN F. GUTIERREZ;
MARK A. JANSSON;
PROTECTMARRIAGE.COM - YES ON 8,
A PROJECT OF CALIFORNIA
RENEWAL, as official proponents of
Proposition 8,
*Intervenor-Defendants-Appellants*.

Filed June 28, 2013

Before: Stephen Reinhardt, Michael Daly Hawkins, and N. Randy Smith, Circuit Judges.

**ORDER**

The stay in the above matter is dissolved effective immediately.